# WARREN & VULLINGS, LLP

Attorneys At Law

93 OLD YORK ROAD
SUITE 333
JENKINTOWN, PENNSYLVANIA  19046
(215) 745-9800
FAX (215) 745-7880

BRUCE K. WARREN ★▼
BRENT F. VULLINGS ★♦

★ Admitted in PA, NJ
▼ Admitted in NY
♦ Admitted in DC

NEW JERSEY OFFICE:
57 COOPER STREET
WOODBURY, NJ 08096
856-858-2488
856-858-1148 FAX

COLLEGEVILLE OFFICE:
3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PA  19426
610-489-6006
610-489-1997 FAX

August 25, 2011

Honorable John E. Jones, III
United States District Court
Middle District of Pennsylvania
Harrisburg, PA  17108

     In re:   Yeoman, Richard v. Northstar Location Services
                 1:10-cv-02008-JEJ

Your Honor,

    Kindly be advised that the above referenced matter has settled.  The parties will be exchanging a Settlement Agreement shortly.

    Thank you for your attention to this matter.

Sincerely,

/s/ *Brent Vullings*
Brent F. Vullings, Esq.

BFV/tm