IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD YEOMAN, | : | No. 10cv2008 |
|     Plaintiff | : | |
|   v. | : | Judge Jones |
| | : | |
| NORTHSTAR LOCATION SERVICES, LLC., | : | |
| | : | |
|     Defendant | : | |

# **O R D E R**
August 26, 2011

It has been reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                                    s/ John E. Jones III
                                                    JOHN E. JONES III
                                                    United States District Judge